# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY BAKER; TASSA TODD<br><br>PLAINTIFFS,<br><br>v.<br><br>UNITED NATURAL FOODS, INC.; JASON CLOUTIER; WENDY SHARP; KATIE HURTZIG; DARRYL OTANI; and DOES 1-50<br><br>DEFENDANTS. | Case No. 15-CV-00953-JAM-EFB<br><br>**MODIFIED ORDER TO (1) CONTINUE DISPOSITIVE MOTION CUTOFF AND (2) SET HEARING DATE FOR THE PARTIES' RESPECTIVE MOTIONS FOR PARTIAL SUMMARY JUDGMENT**<br><br>Complaint Filed: February 4, 2015<br>Trial Date:       July 25, 2016 |

# MODIFIED ORDER

Based upon the Joint Stipulation submitted by Plaintiffs Tiffany Baker and Tassa Todd and Defendant United Natural Foods, Inc. (the "parties"), and for good cause shown, **IT IS HEREBY ORDERED** as follows:

1. The deadline for hearings related to dispositive motions is continued from May 3, 2016 to June 28, 2016;

2. The hearing on the parties' respective Motions for Partial Summary Judgment shall be set for June 28, 2016 at 1:30 p.m.

3. The parties' moving and opposition papers currently on file related to the parties' respective Motions shall serve as the operative filings; and

4. The reply briefs related to the respective Motions, which have not yet been filed, will be due based on the new hearing date.

5. The parties joint pretrial statement shall be filed on or before August 19, 2016;

6. The final pretrial conference is set for August 26, 2016 at 11:00 a.m.; And;

7. Jury trial in this matter is set for October 3, 2016 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: 4/28/2016         /s/ John A. Mendez
                         HONORABLE JOHN A. MENDEZ
                         United States District Court Judge