# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| TIFFANY BAKER; TASSA TODD<br><br>PLAINTIFFS,<br><br>v.<br><br>UNITED NATURAL FOODS, INC.; and DOES 1-50<br><br>DEFENDANTS. | Case No. 15-CV-00953-JAM-EFB<br><br>**ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Complaint Filed: February 4, 2015 |
|---|---|

**Pursuant to the parties stipulation, IT IS HEREBY ORDERED** that this action, including all claims and causes of action, is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

DATED:__12/8/2016

/s/ John A. Mendez_____
The Hon. John A. Mendez
United States District Judge

1